IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00032-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

D BROWN,

      Plaintiff,

v.

SUMMIT COUNTY SHERIFFS DEPARTMENT,
JEFF WILSON, Deputy,
DENNIS, Detective,
CORNELL, Deputy,
JOHN MINOR, and
OTHER DEPUTIES, Unknown names,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff, D Brown, a resident of California, has filed a Verified Complaint for

Relief pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983 asserting that the

Defendants, law enforcement officers in Colorado, have violated various federal criminal

statutes, the Parental Kidnapping Prevention Act (PKPA), 28 U.S.C. § 1738A, and her

federal due process rights, in preventing her from enforcing her custody rights over her

children in Colorado.  Plaintiff has also filed motions for leave to proceed *in forma*

*pauperis.*  After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined

that the submitted document is deficient as described in this Order.  Plaintiff will be

directed to cure the following if she wishes to pursue her claims.  Any papers that

Plaintiff files in response to this Order must include the civil action number noted above

in the caption of this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) xx is not on proper form (must use the court's current form)
(3) ___ is missing original signature by plaintiff/petitioner/applicant
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) xx other: motion is necessary only if fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) X is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

2

DATED January 9, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge