**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0032-WJM-BNB

D. BROWN,

    Plaintiff,

v.

JEFF WILSON, Deputy,
JARED DENNIS, Detective,
CORNELL, Deputy,
JOHN MINOR, Sheriff, and
OTHER DEPUTIES, Unknown names,

    Defendants.

---

**ORDER ON MOTION FOR PRELIMINARY INJUNCTION**

---

On February 21, 2014, the Court entered an Order setting a hearing on Plaintiff D. Brown's Motion for a Preliminary Injunction. (ECF No. 22.) The Order was mailed to the address Plaintiff listed on her Amended Complaint as her "Emergency Address Waiting on TRO and Preliminary Injunction". (ECF No. 11 at 35.) Later the same day, the Clerk of Court received mail it had previously sent to Plaintiff at that address returned as undeliverable. (ECF No. 23.) Given Plaintiff's request that the Court act on her Motion for a Preliminary Injunction on an expedited basis, on February 25, 2014, the Court attempted to contact Plaintiff via the telephone number she had provided to the Court, (970) 331-3190, but the individual who answered the telephone had no knowledge of Plaintiff.

Pursuant to D.C.COLO.LCivR 11.1(d), any attorney or unrepresented party must file a notice of any change of address or telephone number within five days of the change. Without accurate contact information or proof that Defendants have been served, the Court cannot act on Plaintiff's request for a Preliminary Injunction.

Accordingly, Plaintiff is ORDERED to contact the undersigned's chambers at (303) 335-2805 **prior to 3:00 p.m. on Tuesday, March 4, 2014** to confirm that she has notified Defendants of the hearing on her Motion for a Preliminary Injunction set for March 5, 2014. Failing timely notice from Plaintiff, the Court will VACATE the hearing and will enter an Order denying without prejudice Plaintiff's Motion for a Preliminary Injunction.

Dated this 25th day of February, 2014.

BY THE COURT:

William J. Martinez
United States District Judge