IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  March 5, 2014
Court Reporter:    Gwen Daniel

_____

Civil Action No.  14-cv-00032-WJM-BNB          *Counsel:*

D. BROWN,                                      *pro se*

    Plaintiff,

v.

JEFF WILSON, et al.,                           no appearance

    Defendants.

_____

## COURTROOM MINUTES
_____

HEARING ON MOTION FOR PRELIMINARY INJUNCTION

09:40 a.m.     Court in Session

Appearance

Court's comments

Oath administered to the Plaintiff.

The Court asks the Plaintiff questions.

Colloquy between the Court and Plaintiff

10:42  Court in Recess
11:00  Court in Session

Court's further comments

1

**ORDERED: Plaintiff's Motion for Preliminary Injunction [28] is DENIED. A written order will enter setting forth the Court's findings.**

The Court will enter an order directing the Clerk of Court to appoint *pro bono* counsel for Plaintiff.

Court's further comments

11:15 a.m.    Court in Recess
Hearing concluded
Time: one hour and 17 minutes