IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00032-WJM-BNB

D BROWN,

Plaintiff,

v.

DEPUTY JEFF WILSON,
DETECTIVE JARED DENNIS,
DEPUTY CORNELL,
SHERIFF JOHN MINOR, and
OTHER DEPUTIES UNKNOWN NAMES TO ENTER AT A LATER DATE,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion and Affidavit to Issue Subpoena to Produce Per Rule 45(a)(2)(C)** [Doc. #39, filed 03/12/2014];

(2) **Motion to Stay Proceedings of Defendants Detective Jared Dennis, Deputy Cornell, and Sheriff John Minor** [Doc. #48, filed 04/03/2014];

(3) **Motion for Leave from the Court to File a Sur-Reply** [Doc. #67, filed 05/07/2014]; and

(4) **Motion for Leave from the Court to File a Sur-Reply** [Doc. #71, filed 05/19/2014].

The plaintiff requests that the court issue subpoenas for witnesses to be present "pre-trial and at trial." She also seeks leave to file a sur-reply to the defendants' motion to dismiss in order

to address arguments and exhibits presented by the defendants' reply brief.  The defendants seek a stay of the case pending resolution of their motion to dismiss.

Separately, I have recommended that the plaintiff's Amended Complaint be dismissed. The recommendation does not rely on the arguments or exhibits at issue in the plaintiff's motions to file a sur-reply.

IT IS ORDERED that the Motions [Docs. ## 39, 48, 67, and 71] are DENIED AS MOOT.

Dated November 5, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge