IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Civil Action No. 14-cv-0032-WJM-BNB

D. BROWN,

      Plaintiff,

v.

DEPUTY JEFF WILSON,
DETECTIVE JARED DENNIS,
DEPUTY CORNELL,
SHERIFF JOHN MINOR, and
OTHER DEPUTIES UNKNOWN NAMES TO ENTER AT A LATER DATE,

      Defendant.

---

**ORDER ADOPTING NOVEMBER 5, 2014 RECOMMENDATION OF MAGISTRATE
JUDGE AND GRANTING DEFENDANTS' MOTION TO DISMISS**

---

This matter is before the Court on the November 5, 2014 Recommendation of

United States Magistrate Judge Boyd N. Boland (the "Recommendation") (ECF No. 78)

that Defendants Detective Jared Dennis, Deputy Cornell, and Sheriff John Minor's

Motion to Dismiss (ECF No. 43) be denied.  The Recommendation is incorporated herein

by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were

due within fourteen days after being served with a copy of the Recommendation.  (ECF

No. 78, at 9 n.3.)  Despite this advisement, no objections to the Magistrate Judge's

Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and

sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P.

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)     The Magistrate Judge's Recommendation (ECF No. 78) is ADOPTED in its entirety;

(2)     Defendants Jared Dennis, Deputy Cornell, and Sheriff John Minor's Motion to Dismiss (ECF No. 43) is GRANTED; and

(3)     Plaintiff's Amended Complaint (ECF No. 11) is hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or his own attorney's fees and costs.

Dated this 2nd day of December, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge