**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 1:14-cv-00032-WJM-BNB

D. BROWN,

    Plaintiff,

v.

DEPUTY JEFF WILSON,
DETECTIVE JARED DENNIS,
DEPUTY CORNELL,
SHERIFF JOHN MINOR,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting November 5, 2014 Recommendation of Magistrate Judge and Granting Defendants' Motion to Dismiss (ECF No. 80) entered on December 2, 2014.  It is

ORDERED that Defendants Jared Dennis, Deputy Cornell, and Sheriff John Minor's Motion to Dismiss (ECF No. 43) is GRANTED; and Plaintiff's Amended Complaint (ECF No. 11) is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or his own attorney's fees and costs.

Dated this 4th day of December 2014.

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk